# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00568-CV

### In re Alanna Walters

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Alanna Walters filed her petition for writ of mandamus, asking the Court to direct the trial court to vacate and withdraw its temporary orders and to dismiss real party in interest Terry Guidry's petition to modify parent-child relationship without prejudice. *See* Tex. R. App. P. 52.1. Having reviewed the petition, the record, the response, and the reply, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed:   September 16, 2016